Brad P. Miller, ISB No. 3630
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email:  bpm@hteh.com

John B. Massopust
Dan Millea
ZELLE, HOFMANN, VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN  55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS KOYLE, CHARLES K. TURNER, and THE HARRIS RANCH, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>LEVEL 3 COMMUNICATIONS, INC., a Delaware Corporation, LEVEL 3 COMMUNICATIONS, LLC, a Delaware Limited Liability Corporation, and LEVEL 3 TELECOM HOLDINGS, INC., a Delaware Corporation,<br><br>   Defendants. | Case No. CIV-01-0286-S-BLW<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THE CENTERLINE PRESUMPTION** |

COME NOW Dennis Koyle and Charles K. Turner ("Class Representatives"), by and through their undersigned attorneys, and request that this Court rule, under Federal Rule of Civil Procedure 56, that:

(1)  The centerline presumption applies to railroad rights of way in Idaho;

(2)  The centerline presumption applies to the Class Representatives' claims and under the presumption the Class Representatives are presumed to own title to the center of the right of way along their properties;

(3)  The centerline presumption can only be rebutted by clear and convincing evidence of a contrary intent by a grantor;

(4)  Level 3 cannot meet the clear and convincing evidence standard with respect to the Class Representatives' claims; and

(5)  The centerline presumption and the clear and convincing standard apply equally to the claims of landowners classwide.

Class Representatives submit a Memorandum of Law in Support of Summary Judgment on the Centerline Presumption, Separate Statement of Material Facts, and Affidavit of Dan Millea in Support of Summary Judgment on the Centerline Presumption in support of this motion.

Dated: October 8, 2010                     ZELLE HOFMANN VOELBEL & MASON LLP

/s/Dan Millea
Dan Millea
500 Washington Avenue South
Suite 4000
Minneapolis, MN  55415
Telephone:  (612) 339-2020
Facsimile:  (612) 336-9100

-- AND --

/s/Brad P. Miller
Brad P. Miller
**HAWLEY TROXELL ENNIS & HAWLEY LLP**
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email:  bpm@hteh.com

**OF COUNSEL:**

Nels Ackerson
Kathleen Kauffman
**ACKERSON KAUFFMAN FEX, PC**
1701 K Street, NW, Suite 1050
Washington, DC 20006
Telephone:  (202) 833-8833
Facsimile:  (202) 833-8831

Henry J. Price
**PRICE WAICUKAUSKI & RILEY, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:  (317) 633-8787
Facsimile:  (317) 633-8797

Roger C. Johnson
**KOONZ, McKENNEY, JOHNSON,
    DePAOLIS & LIGHTFOOT, P.C.**
2001 Pennsylvania Avenue, NW, Suite 450
Washington, DC  20006
Telephone:  (202) 659-5500
Facsimile:  (202) 785-3719

## CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | | |
|---|---|---|
| Joseph E. Jones | - | jjones@fslf.com |
| Stephen R. Thomas | - | srt@moffatt.com |
| Tyler J. Anderson | - | tya@moffatt.com |
| William T. Gotfryd | - | wtglawproj@aol.com |

                                            /s/Dan Millea
                                            Dan Millea, Attorney for Plaintiffs