Brad P. Miller, ISB No. 3630
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email:  bpm@hteh.com

John B. Massopust
Dan Millea
ZELLE HOFMANN VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN  55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS KOYLE, CHARLES K. TURNER, and THE HARRIS RANCH, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>LEVEL 3 COMMUNICATIONS, INC., a Delaware Corporation, LEVEL 3 COMMUNICATIONS, LLC, a Delaware Limited Liability Corporation, and LEVEL 3 TELECOM HOLDINGS, INC., a Delaware Corporation,<br><br>         Defendants. | Case No. CIV-01-0286-S-BLW<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THE PROPER MEASURE OF DAMAGES** |

COME NOW Plaintiffs Dennis Koyle and Charles K. Turner ("Plaintiffs"), by and through their undersigned attorneys, and request that this Court rule, under Federal Rule of Civil Procedure 56, that:

(1) The appropriate methodology for determining trespass damages is by Corridor Valuation, apportioned based on the Class Members' respective pro-rata share on a linear per-foot basis; and

(2) The resulting unjust enrichment damages are (a) the fair and reasonable value of the property's use and occupation under the Corridor Value methodology, and (b) the disgorgement of Level 3's profits acquired through its use of the Class Members' misappropriated property, to be shared on the same pro-rata basis.

Plaintiffs submit a Memorandum of Law in Support of Motion for Summary Judgment on the Proper Measure of Damages, Separate Statement of Material Facts, and Affidavit of Dan Millea in Support of Motion for Summary Judgment on the Proper Measure of Damages in support of this motion.

Dated:  October 8, 2010
        **ZELLE HOFMANN VOELBEL & MASON LLP**

/s/Dan Millea
Dan Millea
500 Washington Avenue South
Suite 4000
Minneapolis, MN  55415
Telephone:  (612) 339-2020
Facsimile:  (612) 336-9100

    -- AND --

/s/ Brad P. Miller
Brad P. Miller
**HAWLEY TROXELL ENNIS & HAWLEY LLP**
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email:  bpm@hteh.com

**OF COUNSEL:**

Nels Ackerson
Kathleen Kauffman
**ACKERSON KAUFFMAN FEX, PC**
1701 K Street, NW, Suite 1050
Washington, DC 20006
Telephone:  (202) 833-8833
Facsimile:  (202) 833-8831

Henry J. Price
**PRICE, WAICUKAUSKI, RILEY & DEBROTA, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:  (317) 633-8787
Facsimile:  (317) 633-8797

Roger C. Johnson
**KOONZ, MCKENNEY, JOHNSON,**
**DEPAOLIS & LIGHTFOOT, L.L.P.**
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, DC 20006
Telephone:  (202) 659-5500
Facsimile:  (202) 822-1828

## CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | | |
|---|---|---|
| Joseph E. Jones | - | jjones@fslf.com |
| Stephen R. Thomas | - | srt@moffatt.com |
| Tyler J. Anderson | - | tya@moffatt.com |
| William T. Gotfryd | - | wtglawproj@aol.com |

      /s/Dan Millea
      Dan Millea, Attorney for Plaintiffs