Stephen R. Thomas, ISB No. 2326
Tyler J. Anderson, ISB No. 6632
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
srt@moffatt.com
tya@moffatt.com
18880.0000

Joseph E. Jones
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska  68102-2663
Telephone  (402) 341-6000
Facsimile  (402) 341-8290

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS KOYLE, CHARLES K. TURNER, and THE HARRIS RANCH, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>LEVEL 3 COMMUNICATIONS, INC., a Delaware Corporation, LEVEL 3 COMMUNICATIONS, LLC, a Delaware Limited Liability Corporation, and LEVEL 3 TELECOM HOLDINGS, INC., a Delaware Corporation,<br><br>                Defendants. | Civil No. 01-286-S-BLW<br><br>**STIPULATION FOR EXTENSION OF DEADLINE TO FILE REPLY BRIEFS** |

**STIPULATION FOR EXTENSION OF
DEADLINE TO FILE REPLY BRIEFS - 1**

COME NOW, the plaintiffs, by and through undersigned counsel of record and the defendants Level 3 Communications, Inc., Level 3 Communications, LLC and Level 3 Telecom Holdings, Inc., by and through undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, pursuant to the Court's Case Management Order dated August 6, 2010 (Docket No. 170) and docket entry order granting joint motion for extension of time (Docket No. 174), the parties filed dispositive motions on October 8, 2010 (Docket Nos. 172 – 179).

WHEREAS, the plaintiffs filed their memoranda in opposition to defendants' dispositive motions on October 29, 2010 (Docket Nos. 182 - 184) and defendants filed their memoranda in opposition to plaintiffs' dispositive motions on November 1, 2010 (Docket Nos. 186 - 188).

WHEREAS, the timing of the parties' filing of their respective memoranda in opposition has created staggered deadlines for the filing of reply memoranda in support of their dispositive motions.  Specifically, defendants currently have a deadline of November 15, 2010 to file their reply memoranda in support of dispositive motions and plaintiffs currently have a deadline of November 18, 2010 to file their reply memoranda in support of dispositive motions.

WHEREAS, the parties have conferred regarding the staggered deadlines for filing reply memoranda and have agreed to a three day extension of time of defendants' deadline to file their reply memoranda in support of dispositive motions so that all reply briefing is due on the same day.  Specifically, to maintain consistency in the briefing schedule and to accommodate defendants' counsel, the parties request that defendants' deadlines to file their reply memoranda in support of dispositive motions be extended from November 15, 2010 to November 18, 2010.

**STIPULATION FOR EXTENSION OF**
**DEADLINE TO FILE REPLY BRIEFS - 2**                                                  Client:1834134.1

THEREFORE, it is hereby stipulated and agreed and the parties request the Court to enter an Order to amend the briefing schedule for defendants' reply memoranda in support of their motion for summary judgment and motion to decertify the class as follows:

1. Defendants' reply memorandum in support of motion for summary judgment that is currently due on November 15, 2010 will now be due on **November 18, 2010**.

2. Defendants' reply memorandum in support of motion to decertify the class that is currently due on November 15, 2010 will now be due on **November 18, 2010**.

DATED this 10th day of November, 2010.

> HAWLEY TROXELL ENNIS & HAWLEY LLP
>
> By   /s/ Brad P. Miller
>      Brad P. Miller – Of the Firm
>      Attorneys for Plaintiffs

DATED this 10th day of November, 2010.

> MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED
>
> By   /s/ Tyler J. Anderson
>      Tyler J. Anderson – Of the Firm
>      101 S. Capitol Blvd., 10th Floor
>      Post Office Box 829
>      Boise, Idaho  83701
>
> --and--
>
> Joseph E. Jones
> FRASER STRYKER PC LLO
> 500 Energy Plaza
> 409 South 17th Street
> Omaha, Nebraska  68102-2663
>
> Attorneys for Defendants

**STIPULATION FOR EXTENSION OF
DEADLINE TO FILE REPLY BRIEFS - 3**