Stephen R. Thomas, ISB No. 2326
Tyler J. Anderson, ISB No. 6632
MOFFATT, THOMAS, BARRETT, ROCK &
        FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
srt@moffatt.com
tya@moffatt.com
18880.0000

Joseph E. Jones
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska  68102-2663
Telephone  (402) 341-6000
Facsimile  (402) 341-8290

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS KOYLE, CHARLES K. TURNER, and THE HARRIS RANCH, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>LEVEL 3 COMMUNICATIONS, INC., a Delaware Corporation, LEVEL 3 COMMUNICATIONS, LLC, a Delaware Limited Liability Corporation, and LEVEL 3 TELECOM HOLDINGS, INC., a Delaware Corporation,<br><br>                    Defendants. | Civil No. 01-286-S-BLW<br><br>**STIPULATION RE: PENDING MOTIONS** |

**STIPULATION RE: PENDING MOTIONS - 1**

COME NOW, the plaintiffs, by and through undersigned counsel of record and the defendants Level 3 Communications, Inc., Level 3 Communications, LLC and Level 3 Telecom Holdings, Inc., by and through undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, counsel for the parties, with the assistance of Professor Eric D. Green of Resolutions, LLC, agreed during a mediation in Boston on November 8 and 9, 2010, to settle this case and fiber optic right of way cases in other states.  The Idaho settlement, would also include claims with respect to fiber optic cable of Sprint Communications Company L.P. in northern Idaho.

WHEREAS, the parties are currently taking steps to finalize the settlements, including obtaining corporate approvals, completing the necessary settlement documentation, drafting notices for court approval, preparing exhibits to the settlement agreement, and adding Sprint to this litigation by an amended complaint.

WHEREAS, in view of the prospective settlement, the parties hereby withdraw all pending motions set for hearing on December 10, 2010, and consequently will not be filing reply briefs on November 18, 2010, as currently scheduled.

THEREFORE, it is hereby stipulated and agreed and the parties jointly request that the hearing on pending motions currently scheduled for December 10, 2010 at 3:00 p.m. remain on the Court's schedule as a Status Conference.  If the parties are able to complete all settlement-related documents and file a Motion for Preliminary Approval before December 10, they expect to move for preliminary approval of the settlement at the December 10 hearing.  If the parties are unable to complete and file the necessary documents in advance of December 10,

**STIPULATION RE: PENDING MOTIONS - 2**                                          Client:1842267.1

they will provide the Court with a status report on that date and request a hearing date for the
anticipated motion for preliminary approval.

DATED this 18th day of November, 2010.

HAWLEY TROXELL ENNIS & HAWLEY LLP


By   /s/ Brad P. Miller
    Brad P. Miller – Of the Firm
    877 Main Street, Suite 1000
    Post Office Box 1617
    Boise, Idaho 83701-1617


--and--

Dan Millea
ZELLE HOFMANN VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415

Attorneys for Plaintiffs

DATED this 18th day of November, 2010.

MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED


By   /s/ Tyler J. Anderson
    Tyler J. Anderson – Of the Firm
    101 S. Capitol Blvd., 10th Floor
    Post Office Box 829
    Boise, Idaho  83701

--and--

Joseph E. Jones
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska  68102-2663

Attorneys for Defendants


**STIPULATION RE: PENDING MOTIONS - 3**                                    Client:1842267.1