Brad P. Miller, ISB No. 3630
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: bpm@hteh.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DENNIS KOYLE, CHARLES K. TURNER, and the CARAVELLE CORPORATION, INC. on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Case No. CIV-01-0286-S-BLW |
| Plaintiffs, | ) ) ) | **JOINT MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT** |
| v. | ) ) | |
| LEVEL 3 COMMUNICATIONS, INC., a Delaware Corporation, LEVEL 3 COMMUNICATIONS, LLC, a Delaware Limited Liability Corporation, LEVEL 3 TELECOM HOLDINGS, INC., a Delaware Corporation, and SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware Limited Partnership, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The Parties respectfully move the Court under Federal Rule of Civil Procedure 23(e) for final approval of this class-action Settlement. The grounds for the motion are set forth in the accompanying Plaintiffs' memorandum of law in support of this motion and Plaintiffs' separately filed motion for an award of attorney's fees to Settlement Class Counsel and incentive compensation to the Class Representatives.

Dated:  May 13, 2011                    Respectfully submitted,

Settlement Class Counsel

/s/ Nels Ackerson
Nels Ackerson
ACKERSON KAUFFMAN FEX, P.C.
1701 K Street, NW, Suite 1050
Washington, DC 20006

/s/ Kathleen C. Kauffman
Kathleen C. Kauffman
ACKERSON KAUFFMAN FEX, P.C.
1701 K Street, NW, Suite 1050
Washington, DC 20006

/s/ Irwin B. Levin
Irwin B. Levin
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

/s/ Scott D. Gilchrist
Scott D. Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

/s/ Henry J. Price
Henry J. Price
PRICE, WAICUKAUSKI & RILEY, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204

/s/ Dan Millea
Dan Millea
ZELLE, HOFMANN, VOELBEL &
  MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

/s/ Andrew W. Cohen
Andrew W. Cohen
KOONZ, MCKENNEY, JOHNSON,
  DEPAOLIS & LIGHTFOOT, L.L.P.
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, DC 20006

/s/ Brad P. Miller
Brad P. Miller, ISB No. 3630
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617

Counsel for Settling Defendants

/s/ Joseph E. Jones
Joseph E. Jones
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102

Counsel for Level 3 Communications, Inc.,
Level 3 Communications, LLC, and Level 3
Telecom Holdings, Inc.

/s/ J. Emmett Logan
J. Emmett Logan
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO  64106-2150

Counsel for Sprint Communications Co., L.P.

2