IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS KOYLE, et al., ) | |
| ) | Case No. CIV-01-0286-S-BLW |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LEVEL 3 COMMUNICATIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF ROBERT V. MITCHELL CONCERNING MAILING AND PUBLICATION OF THE NOTICE AND PUBLICATION OF THE SUMMARY NOTICE AND SETTLEMENT ADMINISTRATION SERVICES

STATE OF MINNESOTA  )
                    )
COUNTY OF HENNEPIN  )

I, Robert V. Mitchell, declare as follows:

1. I am a Project Manager of Rust Consulting, Inc. ("Rust Consulting"), which serves as the Claims Administrator for the above-captioned action. I am responsible for supervising the services provided by Rust Consulting for this matter. I am over the age of 21 and am otherwise competent to make this declaration. I have personal knowledge of the facts contained in this declaration, and they are true and correct.

2. Rust Consulting has provided services in more than three thousand (3,000) class action cases, ranging in size from 100 class members to 100 million class members in cases involving antitrust, securities fraud, property damage, employment discrimination, product liability, insurance and consumer issues.

3. Rust Consulting has been appointed by the Court as the Claims Administrator for the Settlement Agreement preliminarily approved on January 28, 2011, and hereby agrees that it shall be subject to the jurisdiction of the Court, for purposes of supervising its administration of the Settlement Agreement. It has been directed to provide notice to Class Members. Rust Consulting's administrative responsibilities have included the following:

    a. Assume the role of Claims Administrator;

    b. Obtain a post office box for receiving requests for exclusion, undeliverable mail, and other correspondence about the Proposed Settlement;

    c. Arrange for printing of the Notice of Class Action, Proposed Settlement, and Settlement Hearing ("Notice Package") as approved by the Court; and

    d. Mail the Notice Package to the potential members of the Class ("Class Members") who were included in lists provided by Data Mapping Solutions, LLC ("DMS") and Axxion Administration, LLC ("Axxion").

## MAILING OF THE NOTICE

4. DMS and Axxion provided Rust Consulting with data files (the "Class List") containing names and mailing addresses of property owners along railroad rights of way containing telecommunications facilities installed by the Settling Defendants.

5. Prior to mailing, address information was verified through the National Change of Address database ("NCOA"). NCOA contains all requested changes of address which have been filed with the United States Postal Service and are currently in effect.

6. On March 4, 2011, Notice Packages were mailed to 2,446 property owners in the Class List via First-Class Mail.

7. As of May 7, 2011, approximately 425 Notice Packages had been returned. Of these returned Notice Packages, 11 had forwarding address and 414 did not.

8.      If the returned Notice included forwarding information provided by the United States Postal Service, an additional notice was mailed to the forwarding address. For returned notices with no forwarding address, Rust used other resources to try to obtain a new address. Through this process Rust mailed an additional 253 Notice Packages to potential class members. Rust also mailed 31 Notice Packages to persons who contacted the Claims Administrator, identified themselves as potential Class Members, and requested the Notice Package. In addition, on May 9, 2011, Rust mailed Notice Packages to "Current Property Owner" at 21 of the addresses originally on the Class List where the address was that of a Covered Parcel and the earlier Notice Package sent to that address was returned because the specific individual or company included in the address no longer received mail at that location.

## PUBLICATION OF NOTICE

9.      The Summary Notice was published, as reflected in the Notice Program Implementation Report of Kinsella Media attached as Exhibit A, between March 13 and March 16, 2011.

## CALL CENTER AND WEBSITE

10.     Rust Consulting established a telephone center for class members to call for additional information and for members of the public to call if they wanted a copy of the Notice Package. The phone center was staffed from 8:00 a.m. to 4:30 p.m. Mountain time to take calls. The telephone center was opened on March 4, 2011. Prior to opening the center, Rust reviewed the Notice and conferred with counsel to determine the likely questions callers would ask and the appropriate responses. Rust trained the operators staffing the telephone center so they could efficiently and effectively respond to Class Member questions.

11.     Rust Consulting also established a website (www.idahofibersettlement.com) where class members could view and print the Notice Package and request a claim form when the claim form packages are available. Complete copies of the Settlement Agreement, Exhibits, and the

Preliminary Approval Order could also be viewed on the website and printed. In addition to being included within the copy of the Settlement Agreement, the Claim Form and as other claim documents (Easement and Release) had separate link buttons on the Home Page. Exhibit B is a copy of the home page from the website. As of May 7, 2011 we had 3,492 visits and 1,188 unique visitors to the website.

12. As Claims Administrator, Rust is responsible for receiving objections and compiling the exclusion requests.

13. No objection to the settlement was received by Rust.

14. On April 25, 2011, Rust provided the parties with an exclusion report that listed exclusion requests post-marked by the deadline. Eight persons who may be members of the Class requested exclusion of 11 eligible parcels. The exclusions cover 5,203 linear feet of property. Thus, the exclusions represent less than one-half of one percent of the property covered by this settlement.

I declare under penalty of perjury the foregoing is true and correct. This declaration was executed on May 12, 2011 at Minneapolis, Minnesota.

Robert V. Mitchell, Project Manager

4

# EXHIBIT A

# Notice Program Implementation Report

*Koyle v. Level 3 Communications, Inc.*

No. CIV-01-0286-S-BLW (D. Idaho)



## Paid Media Components

| **Print Media** | Unit Type/Size | Date Ad(s) Ran | Page # of Ad | Tearsheet Received? |
|---|---|---|---|---|
| **Newspaper(s)** | | | | |
| *Blackfoot Morning News* | 3 columns x 10.5 in/cm | 3/14/2011 | 7A | Yes |
| *Blackfoot Morning News* | 3 columns x 10.5 in/cm | 3/16/2011 | 7A | Yes |
| *Bonner County Daily Bee* | 3 columns x 10.5 in/cm | 3/16/2011 | 7 | Yes |
| *Bonner County Daily Bee (Sunday)* | 3 columns x 10.5 in/cm | 3/13/2011 | 12A | Yes |
| *Cour D'Alene Press* | 3 columns x 10.5 in/cm | 3/16/2011 | A5 | Yes |
| *Cour D'Alene Press (Sunday)* | 3 columns x 10.5 in/cm | 3/13/2011 | 6A | Yes |
| *Idaho Falls Post Register* | 3 columns x 10.5 in/cm | 3/16/2011 | C5 | Yes |
| *Idaho Falls Post Register (Sunday)* | 3 columns x 10.5 in/cm | 3/13/2011 | A4 | Yes |
| *Idaho Press Tribune* | 3 columns x 10.5 in/cm | 3/16/2011 | A7 | Yes |
| *Idaho Press Tribune (Sunday)* | 3 columns x 10.5 in/cm | 3/13/2011 | A8 | Yes |
| *Idaho State Journal* | 3 columns x 10.5 in/cm | 3/16/2011 | A8 | Yes |
| *Idaho State Journal (Sunday)* | 3 columns x 10.5 in/cm | 3/13/2011 | A5 | Yes |
| *Idaho Statesman* | 3 columns x 10.5 in/cm | 3/16/2011 | A2 | Yes |
| *Idaho Statesman (Sunday)* | 3 columns x 10.5 in/cm | 3/13/2011 | A10 | Yes |
| *Lewiston Morning Tribune* | 3 columns x 10.5 in/cm | 3/16/2011 | 4A | Yes |
| *Lewiston Morning Tribune (Sunday)* | 3 columns x 10.5 in/cm | 3/13/2011 | 6A | Yes |
| *Moscow-Pullman Daily News* | 3 columns x 10.5 in/cm | 3/14/2011 | 3A | Yes |
| *Moscow-Pullman Daily News* | 3 columns x 10.5 in/cm | 3/16/2011 | 7A | Yes |
| *Ontario Argus Observer* | 3 columns x 10.5 in/cm | 3/16/2011 | A4 | Yes |
| *Ontario Argus Observer (Sunday)* | 3 columns x 10.5 in/cm | 3/13/2011 | A5 | Yes |
| *Shoshone News Press* | 3 columns x 10.5 in/cm | 3/16/2011 | A4 | Yes |
| *Shoshone News Press (Sunday Combo)* | 3 columns x 10.5 in/cm | 3/13/2011 | 14A | Yes |
| *Spokane Spokesman-Review* | 3 columns x 10.5 in/cm | 3/16/2011 | A3 | Yes |
| *Spokane Spokesman-Review (Sunday)* | 3 columns x 10.5 in/cm | 3/13/2011 | A12 | Yes |
| *Twin Falls Times-News* | 3 columns x 10.5 in/cm | 3/16/2011 | 4 | Yes |
| *Twin Falls Times-News (Sunday)* | 3 columns x 10.5 in/cm | 3/13/2011 | 6 | Yes |

## Other Program Components

| | |
|---|---|
| Earned Media:  Press Release Creation and Distribution - National | Completed |
| Production and Distribution:  Print Ad | Completed |

# EXHIBIT B

Dennis Koyle, Charles K. Turner, and the Caravelle Corporation, Inc. v. Level 3 Communications and Sprint Communications

**CLASS ACTION LAWSUIT**
Last Updated: 3/4/2011

HOME
FREQUENTLY ASKED QUESTIONS
SETTLEMENT AGREEMENT
NOTICE
PARCEL INFORMATION
CLAIM FORMS
OTHER CLAIM DOCUMENTS
REGISTER WITH THE CLAIMS ADMINISTRATOR
HOW TO FIND YOUR PATENT
DOCUMENTS REQUIRED TO CLAIM STATE BENEFITS

DOWNLOAD ACROBAT READER
Adobe Reader is free and is required to view and print documents on this site.

A A A

# Welcome

Welcome to the *Koyle, et al v. Level 3 Communications and Sprint Communications* settlement website. This website has been established to provide information regarding a Settlement in a class action involving land next to or under railroad rights of way where Sprint Communications and Level 3 Communications (hereinafter Defendants) have installed Telecommunications Facilities (such as fiber-optic, copper, or coaxial cables for the transmission of voice or data). The Settlement resolves litigation over whether the Defendants had the right to install Telecommunications Facilities within the railroad rights of way without the consent of people who own land next to or under the rights of way.

The Settlement will pay qualifying landowners' claims and provide the Defendants certain telecommunications easement rights in the rights of way.

The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be available if the Court approves the Settlement and after any appeals are resolved. Please be patient.

| Your Legal Rights and Options in the Settlement | |
|---|---|
| Submit a Claim Form | The only way to get a payment. Claim Forms will be mailed after the Court grants final approval to the Settlement. |
| Exclude Yourself from the Settlement | Get no money from the Settlement. This is the only option that allows you to ever be part of any other lawsuit against the Defendants about the legal claims in this case. **Current landowners avoid giving Defendants an Easement.** |
| Object | If you do not exclude yourself, you may write to the parties and Court about why you don't like the Settlement. |
| Go to a Hearing | If you object, you also may ask to speak in Court about the fairness of the Settlement. |
| Do Nothing | Get no payment. Give up rights to ever sue the Defendants or the railroads about the legal claims in this case. **Current landowners will be subject to an Easement.** |

**DISCLAIMER**

Please do not contact Level 3 Communications, Sprint Communications, or the Court about this Settlement. Any and all callers will be directed to this website. If you have questions, please refer to the information posted here.

This site is not operated by Level 3 Communications or Sprint Communications. This class action settlement is supervised by the Court and is administered by a claims administration firm that handles all aspects of claims processing.

View the **Privacy Policy**